UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSAN FEIN,

                Plaintiff,

- against -

CITY OF NEW YORK, NEW YORK
CITY DEPARTMENT FOR THE
AGING, LORRAINE CORTÉS-
VÁZQUEZ, and HEAVA LAWRENCE-
CHALLENGER

                Defendants.
------------------------------------------------------------X

Case No. 1:23-cv-05306-JLR

CONSENT OF JUDGE

I authorize the students Sean Connolly and Sarah Percoski:

    (a)    to appear in court or other proceedings on behalf of plaintiff SUSAN FEIN, and

    (b)    to prepare documents on behalf of SUSAN FEIN.

September 14, 2023
_____
(date)

_____
JENNIFER L. ROCHON
United States District Judge