# BANTLE & LEVY LLP

ATTORNEYS AT LAW

99 PARK AVENUE, SUITE 1510

NEW YORK, NEW YORK 10016

ROBERT L. LEVY
LEE F. BANTLE
SHERIE N. BUELL
DAVID KRAUSS

TEL 212.228.9666
FAX 212.228.7654

> **The parties' request for an extension is GRANTED. Fact discovery shall be extended through February 25, 2025. The March 26, 2025 conference shall be adjourned until April 2, 2025 at 11:00 a.m.**
>
> Dated: February 3, 2025
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

January 31, 2025

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Fein v. City of New York, et al., 23-cv-5306 (JLR) – Joint Letter Motion for Extension of Fact Discovery and Adjournment of Case Management Conference

Dear Judge Rochon:

The parties submit this joint letter motion requesting an extension of fact discovery through February 25, 2025 and an adjournment of the court conference scheduled for March 26, 2025. This is the fourth joint request for an extension or adjournment, and the Court has granted each request.

Currently, fact discovery is scheduled to end on February 3, 2025 and expert discovery is scheduled to end on February 25, 2025. Both parties would like to take fact witness depositions in addition to expert witness depositions between February 3 and February 25. The parties have been unable to schedule several fact witness depositions prior to February 3 due to scheduling conflicts and one witness being on leave from work due to health issues. Please note that the parties do not wish to change the discovery cut-off date of February 25, 2025. A revised Civil Case Management Plan and Scheduling Order is attached as Exhibit A.

In addition, there is currently a Case Management Conference scheduled for March 26, 2025 at 11:00 a.m. The parties would like to request that the conference be adjourned to March 31, April 2, or April 4 at the same time (11:00 a.m.), or on whatever day is most convenient for the Court. The law students who have been admitted to this litigation (see ECF Nos. 65) will be on spring break during that week, and Plaintiff's attorney Lee Bantle will be out of town that

week as well.

    We thank the Court for its attention to this matter.


Dated: January 31, 2025
       New York, New York

                              Respectfully submitted,

                              BANTLE & LEVY LLP

By:   */s/ Lee F. Bantle*
       Lee F. Bantle
       Natalie Chew
       99 Park Avenue, Suite 1510
       New York, New York 10016
       Tel: 212.228.9666
       bantle@civilrightsfirm.com
       chew@civilrightsfirm.com

    Washington Square Legal Services, Inc.,

By:   */s/ Laura Sager*
       Laura Sager
       Washington Square Legal Services, Inc.
       245 Sullivan Street, Fifth Floor
       New York, New York 10012
       (212) 998-6442
       laura.sager@nyu.edu

    *Attorneys for Plaintiff*

By:   */s/ Yi Liu*
       Yi Liu
       Senior Counsel,
       Corporation Counsel of the City of New York
       Tel: (212) 356-1654
       yil@law.nyc.gov
       *Attorney for Defendants*