UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN FEIN,<br><br>                        Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK et al.,<br><br>                        Defendants. | Case No. 1:23-cv-05306 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      As discussed at the parties' post-discovery conference on April 16, 2025, Plaintiff is granted permission to file a motion for summary judgment. Opening briefs and supporting documentation shall be due May 21, 2025. Defendant's opposition to the motion for summary judgment shall be due June 25, 2025, and Plaintiff's reply shall be due July 9, 2025. Defendants did not timely file the required premotion letter for summary judgment and argued that there were issues of fact precluding summary judgment. Therefore, Defendant will not be moving for summary judgment.

      Plaintiff shall submit a letter to the Court by April 30, 2025, informing the Court whether she intends to proceed with a motion for summary judgment or if she instead elects to proceed to trial. If Plaintiff elects to proceed to trial, the Court shall then set pre-trial submission deadlines and a trial date for the summer or fall of 2025.

Dated: April 16, 2025
       New York, New York

                                          SO ORDERED.

                                          JENNIFER L. ROCHON
                                          United States District Judge

1