UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN FEIN,

                      Plaintiff,

            -against-

CITY OF NEW YORK et al.,

                    Defendants.

Case No. 1:23-cv-05306 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

       Plaintiff has informed the Court that she does not intend to move for summary judgment and would like to proceed with trial.  Dkt. 87.  Given Defendants' representation at the parties' post-discovery conference on April 16, 2025 that they likewise would not be moving for summary judgment, Dkt. 84, it is hereby ORDERED that the parties shall appear for a final pre-trial conference on **October 20, 2025 at 10:00 a.m.**  The parties are directed to promptly confer and, by **September 8, 2025,** to submit a joint pretrial order and pretrial submissions consistent with the Court's Individual Rules.  Any motions i*n limine* are due by **September 8, 2025**; opposition filings, if any, are due by **September 15, 2025**.

       IT IS FURTHER ORDERED trial in this action shall commence on **October 27, 2025** at 9:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: May 1, 2025
      New York, New York

                                SO ORDERED.

                                *Jennifer Rochon*

                                JENNIFER L. ROCHON
                                United States District Judge